No. 87–1705. BARRETT *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 87–5666. HIGH *v.* ZANT, WARDEN. C. A. 11th Cir. The order entered June 30, 1988 [487 U. S. 1233], is vacated. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would vacate the death sentence in this case.

No. 88–492. SHOSHONE TRIBE ET AL. *v.* WYOMING ET AL.; and
No. 88–553. CITY OF RIVERTON, WYOMING, ET AL. *v.* UNITED STATES ET AL. Sup. Ct. Wyo. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 88–626. GOODYEAR TIRE & RUBBER CO. *v.* HODDER. Sup. Ct. Minn. Motion of Motor Vehicle Manufacturers Association of the United States, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 88–1186. CUDAHY CO. ET AL. *v.* MILLER ET AL. C. A. 10th Cir. Motion of National Association of Manufacturers of the United States of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.